In the Matter of the Application of GEORGE Q. LAIDLAW
  et al., Respondents, to Lay Out, Alter and Extend
  Newport Avenue, a Highway in the Town of Islip.
          MARY E. GILLETTE et al., Appellants.

*Matter of Laidlaw*, 162 App. Div. 755, affirmed.
(Argued November 10, 1914; decided November 24, 1914.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
May 29, 1914, which affirmed an order of the Suffolk
County Court denying a motion to vacate a decision of

commissioners in a proceeding to lay out, alter and extend a highway.

*W. K. Post* for appellants.

*Alfred H. Dupree* and *George H. Furman* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ. Dissenting: WILLARD BARTLETT, Ch. J.